UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

DOMINICA THOMPSON,　　　　　　　)
YOLANDA OLINGER,　　　　　　　　)
VERONICA NOESKE,　　　　　　　　)
DEMEAN DANIELS,　　　　　　　　　)
NATASHA CHARLES, and　　　　　　)
BARBARA BULLY,　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　)　Civil Case No.: 2:11-cv-00426-RTR
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
WAL-MART STORES EAST, LP　　　　)
and JOHN MOTZ,　　　　　　　　　 )
　　　　　　　　　　　　　　　　　)
　　　　　　　Defendants.　　　　)

## ORDER GRANTING JOINT STIPULATION
## OF DISMISSAL WITH PREJUDICE

This matter came before the Court on the parties' Joint Stipulation of Dismissal with Prejudice, and the Court being duly advised, hereby ORDERS that the above-captioned action be dismissed with prejudice and with each party to bear its own costs and fees.

Entered this 3rd day of October, 2012.

_____
Hon. Rudolph T. Randa
U. S. District Court Judge

Distribution:

Susan M. Zoeller – susan.zoeller@btlaw.com
Norma W. Zeitler – norma.zeitler@btlaw.com
Peter G. Earle – peter@earle-law.com
James G. Bradtke – jbradtke@sbllegal.com
Jennifer K. Soule – jsoule@sbllegal.com
Kelly K. Lambert – klambert@sbllegal.com
R. L. McNeely – rlmatty@wi.rr.com

INDS02 SMZ 1227585v1